IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

UNITED STATES OF AMERICA :
:
:
v. :
: Criminal Action No.
HERBERT DARREN BROWN, et al., : 6:02-cr-17 (HL)
:
Defendants. :
_____ :

## ORDER

Before the Court is Defendant Herbert Brown's second motion for a copy of the transcript of the grand jury proceedings (Doc. 89). The Court denied Brown's first motion by way of a text order. Brown's second motion is also denied, but the Court provides an explanation for why it denies the motion.

Rule 6(e) of the Federal Rules of Criminal Procedure provides exceptions to the general requirement that grand jury proceedings remain secret. United States v. Jordan, 316 F.3d 1215, 1227 n. 17 (11th Cir. 2003); Fed. R. Crim. P. 6(e). Specifically, a court may authorize disclosure of grand jury proceeding transcripts if the grand jury matter is connected to a judicial proceeding and the request was made by the defendant who shows that there may be a basis for dismissing an indictment because of a matter that occurred before the grand jury. Fed. R. Crim. P. 6(e)(3)(E)(i) and (ii). Disclosure is permitted only when the defendant shows a "particularized need for that material." United States v. Abusaid, 256 Fed. App'x 289, 290 (11th Cir. 2007) (quoting Douglas Oil Co. of Cal. v. Petrol Stops Nw., 441

U.S. 211, 222, 99 S.Ct. 1667, 1674, 60 L.Ed.2d 156 (1979)). "[A] party meets this standard when he shows that the material [he] seek[s] is needed to avoid a possible injustice in another judicial proceeding, that the need for disclosure is greater than the need for continued secrecy, and that [his] request is structured to cover only material so needed." Id. A blanket request for all grand jury materials does not meet the particularized request requirement. Id.

Brown has not shown any particularized need for the grand jury transcript. He states he needs the transcript "to proceed further in my legal matters." He has not shown that the transcript is needed to avoid a possible injustice in another judicial proceeding. He has not shown how the grand jury proceeding transcript might help him in a future action. Instead, he has made a blanket request for the grand jury proceeding transcript. Accordingly, Brown's motion is denied.

**SO ORDERED**, this the 4th day of January, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc

2